No. 11,593.

PAYNE *v.* WEST ET AL.

DEPOSITION.—*Certificate.*— *Mistake.—Clerical Error.*—Where an officer by whom a deposition has been taken states in his certificate that the *deponent,* instead of the *deposition,* was reduced to writing, the mistake is a mere harmless clerical error.

From the Perry Circuit Court.

*E. E. Dumb* and *H. J. May,* for appellant.

*S. Joseph* and *S. B. Hatfield,* for appellees.

ELLIOTT, J.—The officer by whom the deposition of one of the appellee's witnesses was taken, instead of stating in his certificate that "the deposition was reduced to writing," stated that "the deponent was reduced to writing." There is more of the ludicrous than there is of harm in the officer's mistake. It is apparent that the error is a mere clerical one, harming nobody. The context plainly shows the character of the mistake, and that it was the deposition that was properly reduced to writing.

Judgment affirmed, with five per centum damages.

Filed Jan. 7, 1885.